**IN THE UNITED STATES DISTRICT COURT FOR THE**
**NORTHERN DISTRICT OF FLORIDA**
**PENSACOLA DIVISION**

**UNITED STATES OF AMERICA**

**vs.**                                                             **3:06cr459/RV**
                                                                    **3:09cv215/RV/MD**

**WALTER JOHNSON, III**

_____

## ORDER

The defendant has filed an application for certificate of appealability of this court's denial of his motion to vacate, set aside or correct sentence pursuant to 28 U.S.C. § 2255 (doc. 62). Unless a certificate of appealability is issued, the defendant may not take an appeal from the final order denying Section 2255 relief. See 28 U.S.C. 2253(c)(1)(B). Because the defendant has not made a substantial showing of the denial of a constitutional right, see *United States v. Futch*, 518 F.3d 887 (11th Cir. 2008), and for the reasons set forth in this court's April 22, 2010 order (doc. 59) adopting and incorporating the Magistrate Judge's Report and Recommendation (doc. 55), his request for a certificate of appealability is DENIED.

Defendant has not filed a motion for leave to proceed *in forma pauperis*. If he were to do so, the court finds that leave to so proceed should also be denied. Fed.R.App.P. 24(a)(3). Thus, defendant shall pay the $455.00 filing fee within thirty days.

DONE AND ORDERED this 17th day of June, 2010.

/s/ *Roger Vinson*
**ROGER VINSON**
**SENIOR UNITED STATES DISTRICT JUDGE**